

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00001-CV

**IN RE HOLT TEXAS, LTD D/B/A HOLT CAT**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

Delivered and Filed: March 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On December 31, 2025, relator filed a petition for writ of mandamus. On January 7, 2026, we requested a response. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). After considering the petition, the record, real parties in interest's response, and relator's reply this court concludes relator did not establish that it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI19911, styled *Holt Texas, LTD., dba HOLT CAT v. Turner Contracting, Inc., and Steven L. Turner*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.